IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, NORTHERN DIVISION

| | | |
|---|---|---|
| TAMMY J. ABNER-TOWNSEND, | : | |
| Plaintiff, | : | Civil No. 1:06-CV-04 TS |
| vs. | : | MEMORANDUM DECISION AND ORDER ON STIPULATION FOR AWARD OF EAJA FEES |
| MICHAEL J. ASTRUE,[1] Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | Honorable Ted Stewart |
| | : | |

IT IS HEREBY ORDERED as follows:

1. The Defendant, the Commissioner of the Social Security Administration (the "Commissioner") will pay Tammy J. Abner-Townsend ("Plaintiff") a total of six thousand four hundred eighty-nine dollars and fifty-one cents ($6,489.51) in attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. Fees will be paid directly to Plaintiff's counsel, John J. Borsos.

2. This amount represents compensation for all legal services rendered on behalf of

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No further action need be taken to continue this suit as stated in 42 U.S.C. § 405(g).

-1-

Plaintiff by his attorney in connection with this civil action in accordance with 28 U.S.C. § 2412(d) and bars any and all claims Plaintiff may have relating to EAJA fees and court costs in connection with this action.

     3.  This Order will not be used as precedent in any future cases or be construed as a concession by the Commissioner that the original administrative decision denying benefits to Plaintiff was not substantially justified.

     DATED this 14th day of May, 2007.

BY THE COURT:

_____
Honorable Ted Stewart